

# THE THIRTEENTH COURT OF APPEALS

## 13-15-00320-CV

In the Matter of Jesse (Jesus) Soliz and Charlotte P. Soliz

On appeal from the
94th District Court of Nueces County, Texas
Trial Cause No. 2013-FAM-2812-C

## CORRECTED JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed for want of jurisdiction. The Court orders the appeal DISMISSED FOR WANT OF JURISDICTION in accordance with its opinion. No costs are assessed as appellant filed an affidavit of inability to pay costs.

We further order this decision certified below for observance.

September 17, 2015